| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Vitalibis, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA  Crowd 4 Seeds, Inc.  
FKA  Sheng Ying Entertainment Corp.

**3. Debtor's federal Employer Identification Number (EIN)**  
30-0828224

**4. Debtor's address**

**Principal place of business**  
3960 Howard Hughes Parkway, Suite 500  
Las Vegas, NV 89169  
Number, Street, City, State & ZIP Code  

Clark  
County

**Mailing address, if different from principal place of business**  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
www.vitalibis.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  Vitalibis, Inc.
       Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  Vitalibis, Inc.
      Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Vitalibis, Inc.
         Name                                                                          Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 14, 2020
              MM / DD / YYYY

X _____         Steven Raack
  Signature of authorized representative of debtor      Printed name

Title   President and Chief Executive Officer

**18. Signature of attorney**

X _____         Date   June 15, 2020
  Signature of attorney for debtor                   MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170         Email address   mzirzow@lzlawnv.com

7222 NV
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### District of Nevada

In re   Vitalibis, Inc.
                                          Debtor(s)

Case No.
Chapter   11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   333-202970   .

2. The following financial data is the latest available information and refers to the debtor's condition on   3/31/20   .

   a. Total assets                                                                       $              463,314.00

   b. Total debts (including debts listed in 2.c., below)                               $            2,246,219.00

   c. Debt securities held by more than 500 holders:                                                              Approximate number of holders:

   | | | | | | | Amount | Holders |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                                               1,000                           2

   e. Number of shares common stock                                                     104,666,930                    80

   Comments, if any:
   Financial data taken from unaudited balance sheet included with Form 10-Q filed May 12, 2020.

3. Brief description of Debtor's business:
   Development, sale and distribution of hemp oil-based products that contain naturally occurring cannabinoids, including cannabidiol and other products containing CBD-rich hemp oil.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Steven J. Raack; Thomas J. Raack; B.L.U.E. Stone Ltd.

# CERTIFICATE OF RESOLUTIONS
# OF THE BOARD OF DIRECTORS OF
# <u>VITALIBIS, INC.</u>

1.  I am the duly elected and acting Secretary of VITALIBIS, INC., a Nevada corporation (the "<u>Corporation</u>").

2.  I hereby certify that the resolutions set forth below were adopted by the board of directors of the Corporation at a special meeting of the Board of Directors of the Corporation held on June 12, 2020, and that such resolutions remain in full force and effect:

> RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "<u>Bankruptcy Code</u>") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby, and the Corporation shall initiate a bankruptcy case and proceedings; and be it further

> RESOLVED, that the officers of the Corporation (each, an "<u>Authorized Officer</u>," and together, the "<u>Authorized Officers</u>"), be and each hereby is, authorized and directed, for and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the District of Nevada; and be it further

> RESOLVED, that the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed, for and on behalf of the Corporation to take or cause to be taken any and all actions, in compliance with applicable law, which the Authorized Officer taking such action(s) may deem necessary or appropriate to communicate the position of this Board, as set forth in the foregoing resolutions, to the Corporation's stockholders; and be it further

> RESOLVED, that the Authorized Officers of the Corporation, or any of them, be and they hereby are, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code, and in that regard, to retain and employ LARSON & ZIRZOW, LLC as general bankruptcy counsel, and to retain and employ such other legal counsel or other professionals that they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "<u>Restructuring Professionals</u>"); and be it further

> RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Corporation

to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and be it further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Corporation to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and be it further

RESOLVED, that STEVEN RAACK is designated as a responsible person in the Corporation's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized to appear in all bankruptcy proceedings on behalf of the Corporation in that capacity; and be it further

RESOLVED that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation.

Dated: June 12, 2020

_____
THOMAS J. RAACK,
as Secretary of VITALIBIS, INC.

2

Fill in this information to identify the case:

Debtor name: Vitalibis, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Triton Funds LP<br>Attn: Ashkan Mapar<br>8910 University Center<br>San Diego, CA 92122 | tritonfundsllc@gmail.com | March 29, 2019 unsecured convertible promissory note; exercised $50,000 in 2019 and $68,000 in Q1 2020 | Contingent<br>Unliquidated<br>Disputed | | | $918,610.00 |
| Platinum Point Capital LLC<br>Attn: Bankrupcy Dep't/Managing Agent<br>211 E. 43rd St., Suite 626<br>New York, NY 10003 | | Unsecured convertible promissory note dated Decemmber 10, 2019 | Contingent<br>Unliquidated<br>Disputed | | | $110,000.00 |
| Power Up Lending Group, Ltd.<br>Attn: Curt Kramer, CEO<br>111 Great Neck Road, Suite 214<br>Great Neck, NY 11021 | | Unsecured convertible promissory notes dated September 6, 2019, November 25, 2019, and February 7, 2020 | Contingent<br>Unliquidated<br>Disputed | | | $78,000.00 |
| FirstFire Global Opportunities Fund LLC<br>Attn: Bankrutpcy Dep't/Managing Agent<br>1040 First Ave, Suite 190<br>New York, NY 10022 | | November 25, 2019 unsecured convertible promissory note | Contingent<br>Unliquidated<br>Disputed | | | $74,644.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  Vitalibis, Inc.  
          *Name*

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration<br>Attn: Bankruptcy Dept/Managing Agent<br>409 3rd St., W<br>Washington, DC 20416 | | Business loan | | | | $68,400.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Nevada**

In re  Vitalibis, Inc.                                     Case No.
                                     Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  June 14, 2020

_____
Steven Raack/President and Chief Executive Officer
Signer/Title

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155 |
| DEPT. OF EMPL, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 | NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101 | SOCIAL SECURITY ADMINISTRATION<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>PO BOX 33021<br>BALTIMORE, MD 21290-3021 |
| ADMIRAL INSURANCE COMPANY<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>1000 HOWARD BLVD., STE. 300<br>P.O. BOX 5430<br>MOUNT LAUREL, NJ 08054 | BRUCE LEE BEVERAGE, LLC<br>4221 DON JOSE DR.<br>LOS ANGELES, CA 90008 | CLEAN CULTURE LABORATORIES<br>ATTN: GREG CHAMBERS, CEO<br>58 SUTTON DR.<br>ENGLISHTOWN, NJ 07726 |
| DAVE WENTZ<br>C/O THE DAVE WENTZ FAMILY TRUST<br>3003 WEDGE CIRCLE<br>PARK CITY, UT 84098 | DAVID HARPER<br>1366 ROSE AVENUE<br>VENICE, CA 90291 | DCKAP, INC.<br>42840 CHRISTY ST., SUITE 230<br>FREMONT, CA 94538 |
| DR. STEVEN ZODKOY<br>20 PALMER CIRCLE<br>MILLSTONE TOWNSHIP, NJ 08535 | ERIC WRIGHT<br>100 WEST CUTTING BLVD.<br>RICHMOND, CA 94804 | FIRSTFIRE GLOBAL OPPORTUNITIES FUND<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>1040 FIRST AVE, SUITE 190<br>NEW YORK, NY 10022<br>FRESH NOTION FINANCIAL SERVICES |
| FRESH NOTION FINANCIAL SERVICES<br>ATTN: MATT LOURIE<br>P.O. BOX 79897<br>HOUSTON, TX 77279 | FULL 360 INC.<br>ATTN: JENNIFER AMARNATH, GEN. COUNSEL<br>228 PARK AVE. SOUTH<br>NEW YORK, NY 10003 | GERRY WONG<br>4000 LONG BEACH BLVD., STE. 210<br>LONG BEACH, CA 90807 |
| HOBAN LAW GROUP<br>ATTN: ROBERT T. HOBAN, ESQ.<br>730 17TH ST., #420<br>DENVER, CO 80202 | HOWARD COHN<br>C/O COHN FAMILY TRUST<br>16 LYON<br>NEWPORT COAST, CA 92657 | INTEGRATES DISTRIBUTION SERVICES<br>ATTN: MIKE JONES, PRESIDENT<br>9431 ALLPOINTS PKWY.<br>PLAINFIELD, IN 46168 |
| JOHNNIE B. BAKER, JR.<br>& MELISSA G. BAKER REV. TRUST<br>9090 STOCKHORSE LANE<br>GRANITE BAY, CA 95746 | KEVIN LUCIER<br>20020 TOMLEE AVE.<br>TORRANCE, CA 90503 | MALONE BAILEY, LLP<br>ATTN: BANKRUPTCY DEP'T/MANAGING AGENT<br>9801 WESTHEIMER RD., SUITE 1100<br>HOUSTON, TX 77042 |
| MICHAEL J. MORRISON, CHTD.<br>ATTN: MICHAEL J. MORRISON, ESQ.<br>1495 RIDGEVIEW DR., SUITE 220<br>RENO, NV 89519 | MW PREMIUM FINANCE CORP.<br>C/O PREMCO FINANCIAL CORP.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 19367<br>KALAMAZOO, MI 49019-0367 | NATURAL RECOVERY GREENS<br>ATTN: PETE OLANDER<br>125 W. JEFFERSON AVE.<br>WHEATON, IL 60187 |
| NICK BOYNTON<br>9090 EAST MOHAWK LANE<br>SCOTTSDALE, AZ 85255 | OAKLEAF WELLNESS AND HEALTH LLC<br>ATTN: ADAM TOLK<br>65 ENTERPRISE AVE.<br>ALISO VIEJO, CA 92656 | PARTYLITE GIFTS, INC.<br>600 CORDWAINER DR.<br>NORWELL, MA 02061 |

PLATINUM POINT CAPITAL LLC
ATTN:  BANKRUPTCY/MANAGING AGENT
211 E. 43RD ST., SUITE 626
NEW YORK, NY 10003

POWER UP LENDING GROUP, LTD.
ATTN:  CURT KRAMER, CEO
111 GREAT NECK ROAD, SUITE 214
GREAT NECK, NY 11021

STACY BROVITZ
1070 WADE LANE
OAKMONT, PA 15139


STEVEN P. RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

THOMAS J. RAACK
5864 COMPASS DR.
LOS ANGELES, CA 90045

TRITON FUNDS LP
ATTN:  ASHKAN MAPAR
8910 UNIVERSITY CENTER
SAN DIEGO, CA 92122


TRUE PACIFIC INSURANCE SERVICES, INC.
ATTN: BANKRUPTCY/MANAGING AGENT
2099 GRAND STREET, STE. 2
ALAMEDA, CA 94501

U.S. SECURITIES & EXCHANGE COMM'N
100 F STREET, NE
WASHINGTON, DC 20549

U.S. SMALL BUSINESS ADMINISTRATION
ATTN: BANKRUPTCY/MANAGING AGENT
409 3RD ST., W
WASHINGTON, DC 20416


VOTOCAST / DBA NEWKLEUS
ATTN:  STEVEN RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

VSTOCK TRANSFER, LLC
18 LAFAYETTE PLACE
WOODMERE, NY 11598

4 EXCELSIOR
1206 N. MILLER #D
ANAHEIM, CA 92806


ANTOINE KUNSCH
1927 SPRUCEWOOD LANE
LOS ANGELES, CA 90077

BERNARD S. FELDMAN, P.C.
ATTN:  BERNARD S. FELDMAN, ESQ.
111 GREAT NECK RD., SUITE 214
GREAT NECK, NY 11021

CZARNIK & ASSOCIATES
ATTN:  STEPHEN J. CZARNIK, ESQ.
245 PARK AVE., 39TH FLOOR
NEW YORK, NY 10167


GREGORY CHAMBERS
2 BELAIRE LAGUNA
NIGUEL, CA 92677

INDEGLIA, P.C.
ATTN:  MARC A. INDEGLIA, ESQ.
13274 FIJI WAY
MARINA DEL REY, CA 90292


NAIDICH WURMAN, LLP
111 GREAT BECK RD., SUTE 214
GREAT NECK, NY 11021

NICHOLAS BOYNTON
9090 E. MOHAWK LANE
SCOTTSDALE, AZ 85255

ORAN ARAZI-GAMLIEL
24 LILIENBLUM STREET
HADERA, ISRAEL
22-3842780


THE DAVE WENTZ FAMILY TRUST
3003 WEDGE CIRCLE
PARK CITY, UT 84098

TRITON FUNDS LP
C/O HARVARD BUSINESS SERVICES, INC.
AS REGISTERED AGENT
16192 COASTAL HWY.
LEWES, DE 19958

U.S. SECURITIES & EXCHANGE COMM'N
5670 WILSHIRE BLVD., STE. 1100
LOS ANGELES, CA 90036

# SHAREHOLDERS

AARON OLIVER
555 PAULARINO AVENUE, J204
COSTA MESA, CA 92696

ADAM D GOLDBERG
1067 LAS PULGAS ROAD
PACIFIC PALISADES, CA 90272

AMANDA SANDERS
5703 SECRET CREEK DRIVE
ROCKLIN, CA 95677

AMY LEVIN
3093 COUNTRYSIDE BAY, UNIT A
WOODBURY, MN 55129

ANDREW PARK
651 EDITH WAY
LONG BEACH, CA 90807

ANTOINE KUNSCH
1927 SPRUCEWOOD LANE
LOS ANGELES, CA 90077

B.L.U.E. STONE LTD
B1-214 AJMAN FREE ZONE BOX
16881  HMTFZC

BRUCE LEE BEVERAGE, LLC
4221 DON JOSE DRIVE
LOS ANGELES, CA 90008

CEDE & CO
PO BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10274

CHARLES J. GROUX
2534 VISTA BAYA
NEWPORT BEACH, CA 92660

CHRISTOPHER BLASS
2401 BERKSHIRE DRIVE
PITTSBURGH, PA 15241

CHRISTOPHER MOBLEY
2509 N. EASTWOOD AVENUE
SANTA ANA, CA 92705

CHRISTOPHER S. CROCKER
1464 SUMMIT AVE
CARDIFF, CA 92007

CLEAN CULTURE LABORATORIES
58 SUTTON DRIVE
MANALAPAN, NJ 07726

COAST BRANDS GROUP, LLC
1600 DOVE STREET, #300
NEWPORT BEACH, CA 92660

COHN FAMILY TRUST
16 LYON
NEWPORT BEACH, CA 92657

CURTIS SLATER
2160 PACIFIC AVENUE, UNIT A1
COSTA MESA, CA 92627

DAN HOLLAND
18 CLEAR CRK
IRVINE, CA 92620

DAVID HARPER
1366 ROSE AVENUE
VENICE, CA 90291

DAVID W. ROCK
105 S. CAMPFIRE CIRCLE
COTTONWOOD, AZ 86326

DONALD F. ERNST
5501 NW 86TH WAY
CORAL SPRINGS, FL 33067

ELIZABETH R DEMBO
1067 LAS PULGAS ROAD
PACIFIC PALISADES, CA 90272

ERIC WRIGHT
100 WEST CUTTING BLVD
RICHMOND, CA 94804

EUGENE TSAI
4539 ORRINGTON ROAD
CORONA DEL MAR, CA 92625

FISCHLER FAMILY TRUST
40 EAST 78TH STREET, APT 8G
NEW YORK, NY 10075

GERRY WONG
4000 LONG BEACH BLVD, #210
LONG BEACH, CA 90807

GREGORY CHAMBERS
2 BELAIRE LAGUNA
NIGUEL, CA 92677

| | | |
|---|---|---|
| HELGA ARMINAK<br>2312 KINCLAIR DRIVE<br>PASADENA, CA 91107 | JAMES P. MEYERS<br>18 SAND OAKS ROAD<br>LAGUNA NIQUEL, CA 92677 | JEFF HARDEN<br>23 ARDENNES<br>LADERA RANCH, CA 92694 |
| JERRY DAUDERMAN<br>3 HILLSBOROUGH<br>NEWPORT BEACH, CA 92660 | JOHN MICHAEL ANDERSON<br>422 SUFFOLK LANE<br>CASTLE ROCK, CO 80108 | JOHNNIE B BAKER JR. AND<br>MELISSA G BAKER REVOCABLE TRUST<br>9090 STOCKHORSE LANE<br>GRANITE BAY, CA 95746 |
| JONATHAN GOODMAN<br>880 TALCOTT ROAD<br>WESTFIELD, NJ 07090 | JONATHAN SACKS<br>2320 ELDEN AVENUE, #4<br>COSTA MESA, CA 92627 | JUDITH ROLLINS<br>819 E. OLIVE STREET<br>ARLINGTON HEIGHTS, IL 60004 |
| JUSTIN M DEMBO<br>1067 LAS PULGAS ROAD<br>PACIFIC PALISADES, CA 90272 | KARTHIK CHIDAMBARAM<br>3728 ATLANTIC AVENUE<br>LONG BEACH, CA 90807 | KATHARINE GARDNER<br>1610 BONHAM PARKWAY<br>LANTANA, TX 76226 |
| KEVIN LUCIER<br>20020 TOMLEE AVENUE<br>TORRANCE, CA 90503 | LIFE STRATEGIES LLC<br>11726 SAN VICENTE BLVD, 3 205<br>LOS ANGELES, CA 90049 | MANOJ CHAWLA AND NIKITA S.<br>CHAWLA REVOCABLE LIVING TRUST<br>28 HUMMINGBIRD LANE<br>ALISO VIEJO, CA 92656 |
| MICHAEL MILLER<br>8131 FALMOUTH DRIVE<br>HUNTINGTON BEACH, CA 92646 | MICHELE L. GROUX<br>105 S. CAMPFIRE CIRCLE<br>COTTONWOOD, AZ 86326 | MICHELE MCDONOUGH<br>54400 AVENIDA VALLEJO<br>LA QUINTA, CA 92253 |
| NANCY WILCOX<br>300 DUNMORE STREET<br>NORFOLK, VA 23510 | NICHOLAS BOYNTON<br>9090 EAST MOHAWK LANE<br>SCOTTSDALE, AZ 85255 | NICHOLAS T. CULLEN JR.<br>537 HUNTCLUB DRIVE<br>MCMURRAY, PA 15317 |
| NORMAN MARK INGEBRIGTSEN<br>82 N BRAIDED BRANCH DRIVE<br>TOMBALL, TX 77375 | ORAN ARAZI-GAMLIEL<br>24 LILIENBLUM STREET<br>HADERA, 3842780, | PHILIP B. DEMBO<br>1067 LAS PULGAS RD<br>PACIFIC PALISADES, CA 90272 |
| PLATINUM POINT CAPITAL LLC<br>211 EAST 43RD STREET, STE. 626<br>NEW YORK, NY 10017 | PROMETHEUS CAPITAL FINANCE<br>N-502, EMIRATES FINANCIAL TOWER<br>BPO BOX 65909, DIFC<br>DUBAI, | RACHEL T GOLDBERG<br>1067 LAS PULGAS ROAD<br>PACIFIC PALISADES, CA 90272 |
| SEAN CHAWLA<br>TRUSTEE OF SEAN CHAWLA<br>31627 2ND AVENUE<br>LAGUNA BEACH, CA 92651 | SKYE BREILING<br>4825 1/2 SAWTELLE BLVD<br>CULVER CITY, CA 90230 | STACY BROVITZ<br>1070 WADE LANE<br>OAKMONT, PA 15139 |

STEPHEN R. BLASS
1411 GRANDVIEW AVENUE, #511
PITTSBURGH, PA 15211

STEVE C. ROBERTS
2 PADUA CT
NEWPORT, CA 92657

STEVEN P. RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

STEVEN P. RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

STEVEN ZODKOY
20 PALMER CIRCLE
MILLSTONE, NJ 08535

TED MCCANN
21551 BROOKHURST STREET, #159
HUNTINGTON BEACH, CA 92646

THE 2003 THOMAS EDWARD
NOLAN REVOCABLE TRUST
2289 VIA PUERTA, UNIT O
LAGUANA WOODS, CA 92637

THE DAVE WENTZ FAMILY TRUST
3003 WEDGE CIRCLE
PARK CITY, UT 84098

THOMAS ANDREW KUSTRA
6771 WARNER AVENUE, #4316
HUNTINGTON BEACH, CA 92605

THOMAS E. NOLAN
2289 VIA PUERTA
UNIT O
LANGUNA WOODS, CA 92637

THOMAS RAACK
5864 COMPASS DRIVE
LOS ANGELES, CA 90045

TRITON FUNDS LLC
1262 PROSPECT STREET
LA JOLLA, CA 92037

UGLY SOAP COMPANY LLC
1495 RIDGEVIEW DRIVE
SUITE 220
RENO, NV 89509

VOTOCAST, INC.
BOX 7302
NEWPORT BEACH, CA 92660

WILLIAM K. YATES
8323 N. SHANNON ROAD
APT #5208
TUCSON, AZ 85742