LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 20-12865-abl |
|---|---|
| VITALIBIS, INC., | Chapter 11 |
| Debtor. | Date: September 23, 2020<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE**

1. On August 21, 2020, I served the following documents:

   a. Application for Order Approving the Employment of Fresh Notion Group LP d/b/a Fresh Notion Financial Services as Accountant for the Debtor and Retroactive to the Petition Date ("Application")  ECF No. 28

   b. Declaration of Matthew Lourie in Support of Application for Order Approving the Employment of Fresh Notion Group LP d/b/a Fresh Notion Financial Services as Accountant for the Debtor and Retroactive to the Petition Date ("Declaration")  ECF No. 29

   c. Notice of Hearing re: Application for Order Approving the Employment of Fresh Notion Group LP d/b/a Fresh Notion Financial Services as Accountant for the Debtor and Retroactive to the Petition Date ("Notice of Hearing")  ECF No. 30

2. The above-named documents were served by the following means to the persons as listed below:

☒ **a.** **ECF System**:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

3. On August 24, 2020, the **Application**, **Declaration**, and **Notice of Hearing** were served by the following means to the persons as listed below:

☒ **a.** **United States mail**, postage fully prepaid to the following:

TRITON FUNDS LP
C/O HARVARD BUSINESS SERVICES, INC.
AS REGISTERED AGENT
16192 COASTAL HWY.
LEWES, DE 19958

POWER UP LENDING GROUP, LTD.
ATTN: CURT KRAMER, CEO
111 GREAT NECK ROAD, SUITE 214
GREAT NECK, NY 11021

FIRSTFIRE GLOBAL OPPORTUNITIES FUND
ATTN: BANKRUPTCY/MANAGING AGENT
1040 FIRST AVE, SUITE 190
NEW YORK, NY 10022
FRESH NOTION FINANCIAL SERVICES

U.S. SMALL BUSINESS ADMINISTRATION
ATTN: BANKRUPTCY/MANAGING AGENT
409 3RD ST., W
WASHINGTON, DC 20416

MICHAEL J. MORRISON, CHTD.
ATTN: MICHAEL J. MORRISON, ESQ.
1495 RIDGEVIEW DR., SUITE 220
RENO, NV 89519

STEVEN P. RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

U.S. SECURITIES & EXCHANGE COMM'N
5670 WILSHIRE BLVD., STE. 1100
LOS ANGELES, CA 90036

U.S. SECURITIES & EXCHANGE COMM'N
100 F STREET, NE
WASHINGTON, DC 20549

THOMAS J. RAACK
5864 COMPASS DR.
LOS ANGELES, CA 90045

4. On August 24, 2020, the **Notice of Hearing** was served by the following means to the persons as listed below:

☒ **a.** **United States mail**, postage fully prepaid to the following:

To the parties on the attached mailing matrix.

☐ **b.** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **c.** **By direct email (as opposed to through the ECF System)**:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **f.** **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **g.** **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2020.

Trish Huelsman                                        /s/ *Trish Huelsman*
(Name of Declarant)                              (Signature of Declarant)

3

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155 |
| DEPT. OF EMPL, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 | NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101 | SOCIAL SECURITY ADMINISTRATION<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>PO BOX 33021<br>BALTIMORE, MD 21290-3021 |
| ADMIRAL INSURANCE COMPANY<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>1000 HOWARD BLVD., STE. 300<br>P.O. BOX 5430<br>MOUNT LAUREL, NJ 08054 | BRUCE LEE BEVERAGE, LLC<br>4221 DON JOSE DR.<br>LOS ANGELES, CA 90008 | CLEAN CULTURE LABORATORIES<br>ATTN: GREG CHAMBERS, CEO<br>58 SUTTON DR.<br>ENGLISHTOWN, NJ 07726 |
| DAVE WENTZ<br>C/O THE DAVE WENTZ FAMILY TRUST<br>3003 WEDGE CIRCLE<br>PARK CITY, UT 84098 | DAVID HARPER<br>1366 ROSE AVENUE<br>VENICE, CA 90291 | |
| DR. STEVEN ZODKOY<br>20 PALMER CIRCLE<br>MILLSTONE TOWNSHIP, NJ 08535 | ERIC WRIGHT<br>100 WEST CUTTING BLVD.<br>RICHMOND, CA 94804 | FRESH NOTION FINANCIAL SERVICES<br>ATTN: MATT LOURIE<br>P.O. BOX 79897<br>HOUSTON, TX 77279 |
| FULL 360 INC.<br>ATTN: JENNIFER AMARNATH, GEN. COUNSEL<br>228 PARK AVE. SOUTH<br>NEW YORK, NY 10003 | HOBAN LAW GROUP<br>ATTN: ROBERT T. HOBAN, ESQ.<br>730 17TH ST., #420<br>DENVER, CO 80202 | HOWARD COHN<br>C/O COHN FAMILY TRUST<br>16 LYON<br>NEWPORT COAST, CA 92657 |
| INTEGRATES DISTRIBUTION SERVICES<br>ATTN: MIKE JONES, PRESIDENT<br>9431 ALLPOINTS PKWY.<br>PLAINFIELD, IN 46168 | JOHNNIE B. BAKER, JR.<br>& MELISSA G. BAKER REV. TRUST<br>9090 STOCKHORSE LANE<br>GRANITE BAY, CA 95746 | KEVIN LUCIER<br>20020 TOMLEE AVE.<br>TORRANCE, CA 90503 |
| MALONE BAILEY, LLP<br>ATTN: BANKRUPTCY/MANAGING AGENT<br>9801 WESTHEIMER RD., SUITE 1100<br>HOUSTON, TX 77042 | MW PREMIUM FINANCE CORP.<br>C/O PREMCO FINANCIAL CORP.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 19367<br>KALAMAZOO, MI 49019-0367 | NATURAL RECOVERY GREENS<br>ATTN: PETE OLANDER<br>125 W. JEFFERSON AVE.<br>WHEATON, IL 60187 |
| NICK BOYNTON<br>9090 EAST MOHAWK LANE<br>SCOTTSDALE, AZ 85255 | OAKLEAF WELLNESS AND HEALTH LLC<br>ATTN: ADAM TOLK<br>65 ENTERPRISE AVE.<br>ALISO VIEJO, CA 92656 | PARTYLITE GIFTS, INC.<br>600 CORDWAINER DR.<br>NORWELL, MA 02061 |

STACY BROVITZ
1070 WADE LANE
OAKMONT, PA 15139

TRUE PACIFIC INSURANCE SERVICES, INC.
ATTN: BANKRUPTCY/MANAGING AGENT
2099 GRAND STREET, STE. 2
ALAMEDA, CA 94501

VOTOCAST / DBA NEWKLEUS
ATTN: STEVEN RAACK
P.O. BOX 7302
NEWPORT BEACH, CA 92658

VSTOCK TRANSFER, LLC
18 LAFAYETTE PLACE
WOODMERE, NY 11598

4 EXCELSIOR
1206 N. MILLER #D
ANAHEIM, CA 92806

ANTOINE KUNSCH
1927 SPRUCEWOOD LANE
LOS ANGELES, CA 90077

BERNARD S. FELDMAN, P.C.
ATTN: BERNARD S. FELDMAN, ESQ.
111 GREAT NECK RD., SUITE 214
GREAT NECK, NY 11021

CZARNIK & ASSOCIATES
ATTN: STEPHEN J. CZARNIK, ESQ.
245 PARK AVE., 39TH FLOOR
NEW YORK, NY 10167

GREGORY CHAMBERS
2 BELAIRE LAGUNA
NIGUEL, CA 92677

INDEGLIA & CARNEY
ATTN: MARC A. INDEGLIA, ESQ.
11900 W. OLYMPIC BLVD., #770
LOS ANGELES, CA 90064

NAIDICH WURMAN, LLP
111 GREAT BECK RD., SUTE 214
GREAT NECK, NY 11021

NICHOLAS BOYNTON
9090 E. MOHAWK LANE
SCOTTSDALE, AZ 85255

ORAN ARAZI-GAMLIEL
24 LILIENBLUM STREET
HADERA, ISRAEL
22-3842780

THE DAVE WENTZ FAMILY TRUST
3003 WEDGE CIRCLE
PARK CITY, UT 84098

UGLY SOAP COMPANY LLC
1495 RIDGEVIEW DR., STE. 220
RENO, NV 89509

VENTURE LAW USA
ATTN: MICHAEL J. MORRISON, ESQ.
1495 RIDGEVIEW DR STE 220
RENO, NV 89519

INTRADO DIGITAL MEDICAL, LLC
DBA WEST CORPORATION
11808 MIRACLE HILLS DR.
OMAHA, NE 68154