LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Larson & Zirzow, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VITALIBIS, INC.,

          Debtor.

Case No. BK-20-12865-abl
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Larson & Zirzow, LLC, hereby enters an appearance as counsel of record for Larson & Zirzow, LLC (hereinafter "Creditor") in the above-entitled bankruptcy proceeding and hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing, and all notices required to be mailed to Creditor should be directed to:

LARSON & ZIRZOW, LLC
Attn: Matthew C. Zirzow, Esq.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
E-mail: mzirzow@lzlawnv.com
(702) 382-1170   (702) 382-1169 fax

Dated: July 13, 2021

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Larson & Zirzow, LLC

**LARSON & ZIRZOW, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170   Fax: (702) 382-1169**